| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | _WESTERN_ District of _NEW YORK_ | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| _Adams, Nicole Renee_ | |

| All Other Names used by the Debtor in the last 6 years <br>(include married, maiden, and trade names): <br>_aka Nicole Adams_ | All Other Names used by the Joint Debtor in the last 6 years <br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. <br>(if more than one, state all)_0637_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. <br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code): <br>_365 East Center Street_ <br>_Elmira    NY   14901_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|

| County of Residence or of the <br>Principal Place of Business:   _Chemung_ | County of Residence or of the <br>Principal Place of Business: |
|---|---|
| Mailing Address of Debtor (if different from street address): <br>_SAME_ | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(If different from street address above): _NOT APPLICABLE_

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business    ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Nicole Renee Adams* | **FORM B1, Page 2** |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Nicole Renee Adams*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*2/18/2005*
Date

### Signature of Attorney

**X** */s/ Mark C. Gugino*
Signature of Attorney for Debtor(s)

*Mark C. Gugino*
Printed Name of Attorney for Debtor(s)

*Mark C. Gugino, Esq.*
Firm Name

*504 Spencer Road*
Address

*Suite One First Floor*

*Ithaca NY  14850*

*607-277-5605*        *2/18/2005*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Mark C. Gugino*        *2/18/2005*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest.
Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2.  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| 2/18/2005 | /s/Nicole Renee Adams | |
|---|---|---|
| Date | Signature of Debtor | Case Number |

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary - they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,077,000 ($269,250 in unsecured debts and $807,750 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| 2/18/2005 | /s/Nicole Renee Adams |
|-----------|------------------------|
| Date | Debtor |
| 2/18/2005 | /s/Mark C. Gugino |
| Date | Attorney for Debtor(s) |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## WESTERN DIVISION

In re *Nicole Renee Adams*
*aka Nicole Adams*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: *Mark C. Gugino*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ *500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *209.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *2/18/2005*                     Respectfully submitted,


X */s/ Mark C. Gugino* _____
Attorney for Petitioner: *Mark C. Gugino*
                         *Mark C. Gugino, Esq.*
                         *504 Spencer Road*
                         *Suite One First Floor*
                         *Ithaca NY  14850*

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NEW YORK
## WESTERN DIVISION

In re   *Nicole Renee Adams*
       *aka Nicole Adams*

Case No.

Chapter  **7**

_____ / Debtor

Attorney for Debtor:  *Mark C. Gugino*

## CERTIFICATION RE COMPUTER GENERATED FORMS

      I am the attorney for the debtor(s) herein. I hereby certify that all computer-generated schedules and forms filed herein do comply with the official schedules prescribed by the Bankruptcy Code and Bankruptcy Rule 9009.

Executed at NEW YORK under penalty of perjury.

Executed on:

*/s/ Mark C. Gugino* _____
Mark C. Gugino

FORM B6F (12/03) West Group, Rochester, NY

In re *Nicole Renee Adams* / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **6541** <br> *Creditor # : 1* <br> *ASSOCIATED RADIOLOGY* | | H | *2003-07-01* | | | | *$ 86.00* |
| Account No: **6541** <br> *Representing:* <br> *ASSOCIATED RADIOLOGY* | | | *CREDITORS COLLECTION S* | | | | |
| Account No: **478** <br> *Creditor # : 2* <br> *MED1ST  JOSEPHS HOSP* | | H | *1999-10-01* | | | | *$ 50.00* |
| Account No: **478** <br> *Representing:* <br> *MED1ST  JOSEPHS HOSP* | | | *BURR & REID* | | | | |

*9* continuation sheets attached

Subtotal $   *136.00*
(Total of this page)

Total $ _____
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _0776_ <br> _Creditor # : 3_ <br> _MED1ST  JOSEPHS HOSP_ | H | _2002-08-01_ | | | | _$ 218.00_ |
| Account No: _0776_ <br> _Representing:_ <br> _MED1ST  JOSEPHS HOSP_ | | _BURR & REID_ | | | | |
| Account No: _1104_ <br> _Creditor # : 4_ <br> _ARNOT OGDEN MED CNTR_ | H | _2001-11-01_ | | | | _$ 0.00_ |
| Account No: _1104_ <br> _Representing:_ <br> _ARNOT OGDEN MED CNTR_ | | _SOUTHERN TIER_ | | | | |
| Account No: _8607_ <br> _Creditor # : 5_ <br> _MED1  STHERN TIER ER_ | H | _1999-08-01_ | | | | _$ 90.00_ |
| Account No: _8607_ <br> _Representing:_ <br> _MED1  STHERN TIER ER_ | | _CREDITORS COLLECTION_ | | | | |

Sheet No. _1_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** _308.00_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _0774_ <br> *Creditor # : 6* <br> *MED1ST  JOSEPHS HOSP* | | H | *2002-10-01* | | | | *$ 95.00* |
| Account No: _0774_ <br> *Representing:* <br> *MED1ST  JOSEPHS HOSP* | | | *BURR & REID* | | | | |
| Account No: _6543_ <br> *Creditor # : 7* <br> *ASSOCIATED RADIOLOGY* | | H | *2003-07-01* | | | | *$ 109.00* |
| Account No: _6543_ <br> *Representing:* <br> *ASSOCIATED RADIOLOGY* | | | *CREDITORS COLLECTION S* | | | | |
| Account No: _0740_ <br> *Creditor # : 8* <br> *TIME WARNER-ROADRUNN* | | H | *2001-12-01* | | | | *$ 0.00* |
| Account No: _0740_ <br> *Representing:* <br> *TIME WARNER-ROADRUNN* | | | *SOUTHERN TIER CREDIT B* | | | | |

Sheet No. _2_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | *204.00* |
| **Total $** <br> (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **2727** **Creditor # : 9** **ARNOT OGDEN MED CNTR** | | H | **2004-03-01** | | | | **$ 35.00** |
| Account No: **2727** *Representing:* **ARNOT OGDEN MED CNTR** | | | **SOUTHERN TIER** | | | | |
| Account No: **2046** **Creditor # : 10** **DOBSON CELLULAR SYST** | | H | **2004-12-01** | | | | **$ 854.00** |
| Account No: **2046** *Representing:* **DOBSON CELLULAR SYST** | | | **PORTFOLIO ACQUISITIONS** | | | | |
| Account No: **1087** **Creditor # : 11** **DR. MARY F. NEVIN  M** | | J | **2001-06-01** | | | | **$ 1,244.00** |
| Account No: **1087** *Representing:* **DR. MARY F. NEVIN  M** | | | **SOUTHERN TIER** | | | | |

Sheet No. _3_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     _2,133.00_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **6736** <br> *Creditor # : 12* <br> **BRENT A SAMTER MD** | H | *2004-08-01* | | | | $ 420.00 |
| Account No: **6736** <br> *Representing:* <br> **BRENT A SAMTER MD** | | *SOUTHERN TIER* | | | | |
| Account No: **4099** <br> *Creditor # : 13* <br> **FINGER LAKES ORTHOPE** | J | *2002-11-01* | | | | $ 399.00 |
| Account No: **4099** <br> *Representing:* <br> **FINGER LAKES ORTHOPE** | | *SOUTHERN TIER* | | | | |
| Account No: **8616** <br> *Creditor # : 14* <br> **MED1  WOMENS HEALTH** | H | *2000-02-01* | | | | $ 75.00 |
| Account No: **8616** <br> *Representing:* <br> **MED1  WOMENS HEALTH** | | *CREDITORS COLLECTION* | | | | |

Sheet No. **4** of **9** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    894.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ / Debtor    Case No._____
<span style="float:right">(if known)</span>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0027<br>Creditor # : 15<br>AMERICAN GEN FIN<br>LANGDON PLAZA<br>ELMIRA NY 14901 | J | 1998-03-01 | | | | $ 0.00 |
| Account No: 4945<br>Creditor # : 16<br>AMERICAN GENERAL FINAN<br>303 N MAIN ST<br>ELMIRA NY 14901 | J | 1995-11-01 | | | | $ 0.00 |
| Account No: 9002<br>Creditor # : 17<br>AMERICAN GENERAL FINAN<br>303 N MAIN ST<br>ELMIRA NY 14901 | J | 1996-06-01 | | | | $ 0.00 |
| Account No: 0027<br>Creditor # : 18<br>AMERICAN GENERAL FINAN<br>303 N MAIN ST<br>ELMIRA NY 14901 | J | 1999-04-01 | | | | $ 0.00 |
| Account No: 1034<br>Creditor # : 19<br>AMERICAN GENERAL FINAN<br>303 N MAIN ST<br>ELMIRA NY 14901 | H | 2003-01-01 | | | | $ 637.00 |
| Account No: 1481<br>Creditor # : 20<br>AMERICAN GENERAL FINAN<br>303 N MAIN ST<br>ELMIRA NY 14901 | H | 2004-10-01 | | | | $ 1,099.00 |

Sheet No. _5_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | 1,736.00
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _1034_<br>Creditor # : 21<br>AMERICAN GENERAL FINAN<br>303 N MAIN ST<br>ELMIRA NY 14901 | H | 2001-06-01 | | | | $ 0.00 |
| Account No: _unknown_<br>Creditor # : 22<br>Arnot Ogden Medical Ctr.<br>600 Roe Avenue<br>Elmira   NY 14905 | | 01/2005<br>Medical Bills | | | | Unknown |
| Account No: _1798_<br>Creditor # : 23<br>CAP ONE BK<br>PO BOX 85520<br>RICHMOND VA 23285 | H | 2004-03-01 | | | | $ 314.00 |
| Account No: _7101_<br>Creditor # : 24<br>CCSD FCU IL<br>218 PRESCOTT AVE<br>ELMIRA HEIGHTS NY 14903 | J | 1999-05-26 | | | | $ 4,022.00 |
| Account No: _0576_<br>Creditor # : 25<br>CCSD FED CREDIT UN<br>PO BOX 2087<br>ELMIRA HEIGHTS NY 14903 | H | 1997-08-01 | | | | $ 575.00 |
| Account No: _0575_<br>Creditor # : 26<br>CCSD FED CREDIT UN<br>PO BOX 2087<br>ELMIRA HEIGHTS NY 14903 | H | 1996-10-01 | | | | $ 1,584.00 |

Sheet No. _6_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 6,495.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ _____ / Debtor     Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _0501_ <br> _Creditor # : 27_ <br> _CCSD FED CREDIT UN_ <br> _PO BOX 2087_ <br> _ELMIRA HEIGHTS NY 14903_ | | H | _1998-07-01_ | | | | _$ 5,393.00_ |
| Account No: _29715005-011_ <br> _Creditor # : 28_ <br> _CCSD Federal Credit Union_ <br> _PO Box 2087_ <br> _Elmira Heights NY 14903_ | | | _01/2004_ <br> _Judgment_ <br> _Index # 2004-1446 for Freeze on Bank_ <br> _Account at Telco Federal Credit_ | | | | _Unknown_ |
| Account No: _29715005-011_ <br> _Representing:_ <br> _CCSD Federal Credit Union_ | | | _A. Sheldon Gould, Esq._ <br> _447 E. Washinton Street_ <br> _Syracuse NY 13202_ | | | | |
| Account No: _29715005-011_ <br> _Representing:_ <br> _CCSD Federal Credit Union_ | | | _Tioga County Sheriff's Departm_ <br> _Civil Division -- Income Execu_ <br> _103 Corporate Drive_ <br> _Owego NY 13827_ | | | | |
| Account No: _29715005-011_ <br> _Representing:_ <br> _CCSD Federal Credit Union_ | | | _Tioga County Supreme Court_ <br> _Tioga County Courthouse_ <br> _Owego NY 13827_ | | | | |
| Account No: _29715005-011_ <br> _Representing:_ <br> _CCSD Federal Credit Union_ | | | _Telco Federal Credit Union_ <br> _Account Freeze Department_ <br> _215 East Church Street_ <br> _Elmira NY 14902_ | | | | |

Sheet No. _7_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

    **Subtotal $**    _5,393.00_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ / Debtor        Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8272<br>Creditor # : 29<br>CITIFINANCIAL<br>2898 WESTINGHOUSE<br>HORSEHEADS NY 14845 | | J | 1999-04-01 | | | | $ 0.00 |
| Account No: 4116<br>Creditor # : 30<br>CITIFINANCIAL<br>830 COUNTY ROAD 64 STE 2<br>ELMIRA NY 14903 | | J | 1997-06-01 | | | | $ 0.00 |
| Account No: 3706<br>Creditor # : 31<br>CMPPTNRS/CORNING COMM<br>PO BOX 3176<br>WINSTON SALEM NC 27102 | | H | 1997-07-01 | | | | $ 308.00 |
| Account No: 3706<br>Creditor # : 32<br>CORNING COMM COL<br>POB 2901<br>WINSTON SALEM NC 27102 | | H | 1997-07-17 | | | | $ 308.00 |
| Account No: 0872<br>Creditor # : 33<br>FINGERHUT CREDIT ADVAN<br>53 MCLELAND RD<br>SAINT CLOUD MN 56395 | | H | 2000-11-01 | | | | $ 0.00 |
| Account No: 7687<br>Creditor # : 34<br>FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104 | | H | 2000-12-01 | | | | $ 0.00 |

Sheet No. _8_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** 616.00
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Nicole Renee Adams_ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *1885* <br> *Creditor # : 35* <br> *KAUFMANNS* <br> *FIFTH & SMITHFIELD* <br> *PITTSBURGH PA 15219* | | H | *1998-08-01* | | | | *$ 418.00* |
| Account No: *46-520-04-000100-58* <br> *Creditor # : 36* <br> *NYSEG* <br> *Dryden Road* <br> *Ithaca NY 14850* | | | *01/2005* <br> *Utilities* | | | | *$ 300.63* |
| Account No: <br> *Creditor # : 37* <br> *PALISADE COLLECTIONS I* <br> *PO BOX 105460* <br> *ATLANTA GA 30348* | | H | *2003-05-01* | | | | *$ 854.00* |
| Account No: *Unknown* <br> *Creditor # : 38* <br> *St. Joseph's Hospital* <br> *555 East Market Street* <br> *Elmira NY 14902* | | | *01/2004* <br> *Medical Bills* | | | | *Unknown* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. *9* of *9* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** (Total of this page)        *1,572.63*

**Total $** (Report total also on Summary of Schedules)        *19,487.63*

CCSD FCU IL
218 PRESCOTT AVE
ELMIRA HEIGHTS, NY  14903

CCSD FED CREDIT UN
PO BOX 2087
ELMIRA HEIGHTS, NY  14903

WASHINGTON MUTUAL FA
PO BOX 1093
NORTHRIDGE, CA  91328

WFFINACCPT
1 INTERNATIONAL PLZ
PHILADELPHIA, PA  19113

FINGER LAKES ORTHOPE

MED1  STHERN TIER ER

MED1  WOMENS HEALTH

MED1ST  JOSEPHS HOSP

DOBSON CELLULAR SYST

BRENT A SAMTER MD

ASSOCIATED RADIOLOGY

TIME WARNER-ROADRUNN

ARNOT OGDEN MED CNTR

DR. MARY F. NEVIN  M

A. SHELDON GOULD, ESQ.
447 E. WASHINTON STREET
SYRACUSE, NY  13202

AMERICAN GEN FIN
LANGDON PLAZA
ELMIRA, NY  14901

AMERICAN GENERAL FINAN
303 N MAIN ST
ELMIRA, NY  14901

ARNOT OGDEN MEDICAL CTR.
600 ROE AVENUE
ELMIRA  , NY  14905

BURR & REID

CAP ONE BK
PO BOX 85520
RICHMOND, VA  23285

```
CCSD FEDERAL CREDIT UNION
PO BOX 2087
ELMIRA HEIGHTS, NY  14903

CITIFINANCIAL
830 COUNTY ROAD 64 STE 2
ELMIRA, NY  14903

CITIFINANCIAL
2898 WESTINGHOUSE
HORSEHEADS, NY  14845

CMPPTNRS/CORNING COMM
PO BOX 3176
WINSTON SALEM, NC  27102

CORNING COMM COL
POB 2901
WINSTON SALEM, NC  27102

CREDITORS COLLECTION

CREDITORS COLLECTION S

FINGERHUT CREDIT ADVAN
53 MCLELAND RD
SAINT CLOUD, MN  56395

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD  57104

KAUFMANNS
FIFTH & SMITHFIELD
PITTSBURGH, PA  15219

NYSEG
DRYDEN ROAD
ITHACA, NY  14850

PALISADE COLLECTIONS I
PO BOX 105460
ATLANTA, GA  30348

PORTFOLIO ACQUISITIONS

SOUTHERN TIER

SOUTHERN TIER CREDIT B

ST. JOSEPH'S HOSPITAL
555 EAST MARKET STREET
ELMIRA, NY  14902

TELCO FEDERAL CREDIT UNION
ACCOUNT FREEZE DEPARTMENT
215 EAST CHURCH STREET
ELMIRA, NY  14902
```

```
TIOGA COUNTY SHERIFF'S DEPARTM
CIVIL DIVISION -- INCOME EXECU
103 CORPORATE DRIVE
OWEGO, NY  13827

TIOGA COUNTY SUPREME COURT
TIOGA COUNTY COURTHOUSE
OWEGO, NY  13827
```